JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE REEVES, | Case No. CV 22-5434 PA (DFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| L.A. FAMILY HOUSING LLC, et al., | |
| Defendants. | |

In accordance with the Court's December 20, 2022 Minute Order dismissing Plaintiff's federal claim pursuant to Federal Rule of Civil Procedure 41(a)(2) and declining to exercise supplemental jurisdiction over Plaintiff's state law claims, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 20, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE